Argued January 18, affirmed January 18, 1972

STATE OF OREGON, *Respondent, v.* DARRELL DEAN ROOK (No. 71 0160), *Appellant.*

492 P2d 833

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Joseph F. Ceniceros,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.